Judge James L. Robart
Magistrate Judge Michelle L. Peterson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ISMIR HASKIC,

    Petitioner,

    v.

MERRICK GARLAND, Attorney General; ALEJANDRO MAYORKAS, Secretary of Homeland Security; NATHALIE ASHER, Seattle Field Office Director, U.S. Immigration and Customs Enforcement; WARDEN of Immigration Detention Facility; and the U.S. Immigration and Customs Enforcement,

    Respondents.

NO. C21-0035-JLR-MLP

STIPULATED DISMISSAL OF PETITION FOR WRIT OF HABEAS CORPUS UNDER RED. R. CIV. P. 41(a)(1)(A)(ii)

Petitioner Ismir Haskic, through Assistant Federal Public Defender Gregory Murphy, and Respondents, through Assistant United States Attorney James C. Strong, stipulate to the dismissal of this Petition for Writ of Habeas Corpus under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  *See also* Fed. R. Civ. P. 81(a)(4).  ICE deported Petitioner on April 3, 2021, which rendered the Petition moot.

    DATED this 7th day of April, 2021.

STIPULATED DISMISSAL OF PETITION
FOR WRIT OF HABEAS CORPUS
(*Ismir Haskic;* C21-0035-JLR-MLP) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

Respectfully submitted,

s/ *James C. Strong*
JAMES C. STRONG, OR 131597
Assistant United States Attorney
Western District of Washington
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
E-mail: james.strong@usdoj.gov

*Attorney for Respondents*

s/ *Gregory Murphy*
GREGORY MURPHY, WSBA No. 36733
Assistant Federal Public Defender
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
Phone: 206-553-1100
E-mail: gregory_murphy@fd.org

*Attorney for Petitioner*

STIPULATED DISMISSAL OF PETITION
FOR WRIT OF HABEAS CORPUS
(*Ismir Haskic;* C21-0035-JLR-MLP) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

## [PROPOSED] ORDER

It is hereby ORDERED that this case is dismissed with prejudice and without an award of fees and costs to either party. The pending motion to dismiss (Dkt. # 6) is DENIED as moot.

Dated this 13th day of April, 2021.

_____
JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

STIPULATED DISMISSAL OF PETITION
FOR WRIT OF HABEAS CORPUS
(*Ismir Haskic;* C21-0035-JLR-MLP) - 3